# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00198-CV

**Texas Department of Criminal Justice, Appellant**

**v.**

**Salia Issa, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-006269, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 13, 2024, this Court abated this appeal to allow the parties to finalize a settlement agreement. Appellant has now filed an unopposed motion to dismiss the appeal because the settlement agreement between the parties has been finalized. We reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Ellis

Dismissed on Appellant's Motion

Filed: May 30, 2025